

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-23-00172-CV

| | | |
|---|---|---|
| SUNBELT RENTALS, INC., Appellant | § | On Appeal from the 48th District Court |
| V. | § | of Tarrant County (048-317068-20) |
| | § | February 29, 2024 |
| W.O.E. CONSTRUCTION, INC. F/K/A WASHED OUT ENTERPRISES, INC. AND CALEB CHALMERS, Appellees | § | Memorandum Opinion by Justice Kerr |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the trial court's judgment is affirmed.

It is further ordered that Sunbelt Rentals, Inc. must pay all costs of this appeal.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
Justice Elizabeth Kerr